CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
BIANCA R. PUCCI
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Bianca.Pucci@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KUN YOO, <br><br> Defendant. | 2:21-cr-00057-RFB-NJK <br><br> **Government's Unopposed Motion to Dismiss Criminal Indictment Pursuant to Federal Rule of Criminal Procedure 48(a)** |

    The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the above-captioned case against defendant Kun Yoo.

    The U.S. Marshals have provided the government with a death certificate for the Defendant. A redacted copy is attached as Exhibit 1 to this Motion and was provided to defense counsel. Based on this information, the government believes it cannot continue the instant prosecution. The government conferred with defense counsel on June 8, 2021, and defense counsel does not oppose the instant motion.

///

///

Accordingly, the United States respectfully requests that the instant case (2:21-cr-00057-RFB-NJK) against Defendant Kun Yoo be dismissed and the case against the same be closed.

DATED: June 8, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Bianca R. Pucci*
BIANCA R. PUCCI
Assistant United States Attorney

IT IS SO ORDERED.

Dated: June __9th__, 2021

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**Government Exhibit List**

- Exhibit 1 - Death Certificate

# EXHIBIT 1 – DEATH CERTIFICATE

# CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### DIVISION OF PUBLIC AND BEHAVIORAL HEALTH
### VITAL STATISTICS

## CERTIFICATE OF DEATH

CASE FILE NO. 4213624  
STATE FILE NUMBER: 2021011948

**TYPE OR PRINT IN PERMANENT BLACK INK**

### DECEDENT
- 1a. DECEASED-NAME (FIRST, MIDDLE, LAST, SUFFIX): Kun YOO
- 2. DATE OF DEATH (Mo/Day/Year): May 14, 2021
- 3a. COUNTY OF DEATH: Nye
- 3b. CITY, TOWN, OR LOCATION OF DEATH: Pahrump
- 3c. HOSPITAL OR OTHER INSTITUTION: Desert View Regional Medical Center
- 3e. If Hosp. or Inst. Indicate DOA, OP/Emer. Rm. Inpatient (Specify): Inpatient
- 4. SEX: Male
- 5. RACE (Specify): Korean
- 6. Hispanic Origin? Specify: No - Non-Hispanic
- 7a. AGE-Last birthday (Years): 36
- 7b. UNDER 1 YEAR MOS DAYS:
- 7c. UNDER 1 DAY HOURS MINS:
- 8. DATE OF BIRTH (Mo/Day/Yr): [redacted]

### IF DEATH OCCURRED IN INSTITUTION SEE HANDBOOK REGARDING COMPLETION OF RESIDENCE ITEMS
- 9a. STATE OF BIRTH (If not US/CA, name country): South Korea
- 9b. CITIZEN OF WHAT COUNTRY: United States
- 10. EDUCATION: 16
- 11. MARITAL STATUS (Specify): Married
- 12. SURVIVING SPOUSE'S NAME (Last name prior to first marriage): Haruko TAKAHASHI
- 13. SOCIAL SECURITY NUMBER: [redacted]
- 14a. USUAL OCCUPATION (Give Kind of Work Done During Most of): Server
- 14b. KIND OF BUSINESS OR INDUSTRY: RESTAURANT
- Ever in US Armed Forces?: No
- 15a. RESIDENCE - STATE: Nevada
- 15b. COUNTY: Clark
- 15c. CITY, TOWN OR LOCATION: Las Vegas
- 15d. STREET AND NUMBER: [redacted]
- 15e. INSIDE CITY LIMITS (Specify Yes or No): No

### PARENTS
- 16. FATHER/PARENT - NAME (First Middle Last Suffix): Seung Jo YOO
- 17. MOTHER/PARENT - NAME (First Middle Last Suffix): Rebecca YOO
- 18a. INFORMANT - NAME (Type or Print): Haruko TAKAHASHI
- 18b. MAILING ADDRESS (Street or R.F.D. No, City or Town, State, Zip): Las Vegas, Nevada 89183

### DISPOSITION
- 19a. BURIAL, CREMATION, REMOVAL, OTHER (Specify): Cremation
- 19b. CEMETERY OR CREMATORY - NAME: Palm Crematory
- 19c. LOCATION City or Town State: Las Vegas Nevada 89101
- 20a. FUNERAL DIRECTOR - SIGNATURE (Or Person Acting as Such): MICHAEL TOTH — SIGNATURE AUTHENTICATED
- 20b. FUNERAL DIRECTOR LICENSE NUMBER: FD858
- 20c. NAME AND ADDRESS OF FACILITY: Palm Mortuary-Southwest, 7979 W Warm Springs Rd Las Vegas NV 89113

### TRADE CALL
TRADE CALL - NAME AND ADDRESS

### CERTIFIER
- 21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated. (Signature & Title)
- 22a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. (Signature & Title): JAMES A BRAINARD — SIGNATURE AUTHENTICATED
- 21b. DATE SIGNED (Mo/Day/Yr):
- 21c. HOUR OF DEATH:
- 22b. DATE SIGNED (Mo/Day/Yr): May 19, 2021
- 22c. HOUR OF DEATH: 18:13
- 21d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print):
- 22d. PRONOUNCED DEAD (Mo/Day/Yr): May 15, 2021
- 22e. PRONOUNCED DEAD AT (Hour): 18:13
- 23a. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, ATTENDING PHYSICIAN, MEDICAL EXAMINER, OR CORONER) (Type or Print): James A Brainard 1520 Basin Rd, Ste 102 Pahrump, NV 89048
- 23b. LICENSE NUMBER:

### REGISTRAR
- 24a. REGISTRAR (Signature): BLAISE SATARIANO — SIGNATURE AUTHENTICATED
- 24b. DATE RECEIVED BY REGISTRAR (Mo/Day/Yr): May 21, 2021
- 24c. DEATH DUE TO COMMUNICABLE DISEASE: YES [ ] NO [X]

### CAUSE OF DEATH
25. IMMEDIATE CAUSE (ENTER ONLY ONE CAUSE PER LINE FOR (a), (b) AND (c).)
- PART I
  - (a) Hanging — Interval between onset and death:
  - (b) DUE TO, OR AS A CONSEQUENCE OF: — Interval between onset and death:
  - (c) DUE TO, OR AS A CONSEQUENCE OF: — Interval between onset and death:
  - (d) DUE TO, OR AS A CONSEQUENCE OF: — Interval between onset and death:
- PART II OTHER SIGNIFICANT CONDITIONS-Conditions contributing to death but not resulting in the underlying cause given in Part I.
- 26. AUTOPSY (Specify Yes or No): No
- 27. WAS CASE REFERRED TO CORONER (Specify Yes or No): Yes

- 28a. ACC., SUICIDE, HOM., UNDET. OR PENDING INVEST. (Specify): Suicide
- 28b. DATE OF INJURY (Mo/Day/Yr): May 14, 2021
- 28c. HOUR OF INJURY: 1737
- 28d. DESCRIBE HOW INJURY OCCURRED: Hanged Self
- 28e. INJURY AT WORK (Specify Yes or No): No
- 28f. PLACE OF INJURY - At home, farm, street, factory, office building, etc. (Specify): Prison
- 28g. LOCATION STREET OR R.F.D. No.: 2190 E Mesquite Ave (South Nevada Detention Center)
- CITY OR TOWN: Pahrump
- STATE: Nevada


000 0871890

### CERTIFIED COPY OF VITAL RECORDS

This is a true and exact reproduction of the document officially registered and placed on file in the office of the State Registrar and Vital Records.

STATE REGISTRAR

DATE ISSUED: 5/26/2021

This copy is not valid unless prepared on engraved border displaying date, seal and signature of Registrar.


